UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20671-CIV-MOORE/SIMONTON

LAURA ESCOBAR,

    Plaintiff,

vs.

COLLECTCORP CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: April 4, 2011          Respectfully submitted,

                                      /s Andrew I. Glenn
                                      Andrew I. Glenn
                                      E-mail: AGlenn@cardandglenn.com
                                      Florida Bar No.: 577261
                                      J. Dennis Card, Jr.
                                      E-mail:DCard@cardandglenn.com
                                      Florida Bar No. 0487473
                                      Card & Glenn, P.A.
                                      2501 Hollywood Boulevard, Suite 100
                                      Hollywood, Florida 33020
                                      Telephone: (954) 921-9994
                                      Facsimile: (954) 921-9553
                                      Attorneys for Plaintiff